| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0168-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: October 11, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| CEDRIC LAMOR WHITAKER, JR., | |
| Defendant. | |

Plaintiff United States of America, through its respective counsel, and defendant Cedric Lamor Whitaker, Jr., through his counsel of record, stipulate that the status conference now set for October 11, 2018, be continued to November 1, 2018, at 10:00 a.m.

On August 30, 2018, Mr. Whitaker was arraigned on the one-count Indictment in this case. (ECF Nos. 8, 10.) At the arraignment, the government produced discovery to the defense that included 84 pages of reports and memoranda. In the coming week, the United States expects to produce a disk with at least two video recordings from the date of the incident. Defense counsel will require additional time to review these new materials, as well as the materials already produced, time to discuss them with her client, to conduct additional investigation, to research potential defenses and motions, and to otherwise prepare for trial.

/ / /

/ / /

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

Based on the foregoing, the parties stipulate that the status conference currently set for October 11, 2018, be continued to November 1, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including November 1, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: October 9, 2018     */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: October 9, 2018     */s/ THD for Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for Defendant Cedric Whitaker

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including November 1, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the October 11, 2018 status conference be continued until November 1, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 11, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE