HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorneys for Defendant
CEDRICK LAMOR WHITAKER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CEDRIC LAMOR WHITAKER, JR.,<br><br>    Defendant. | Case No.  2:18-cr-00168-MCE<br><br>**DEFENDANT'S CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE**<br><br>Date:   April 8, 2021<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), Cedric Lamor Whitaker, Jr., by and through undersigned counsel, consents to proceed with his Admit/Deny hearing by video-teleconference.  Counsel has advised Mr. Whitaker of his right to appear in person for this hearing, as well as of his ability to waive personal appearance and appear via video-teleconference.  Mr. Whitaker waives his right to personally appear at his Admit/Deny hearing on April 8, 2021, and instead consents to appearance by video teleconference.

Pursuant to Gen. Order 616, counsel for Mr. Whitaker signs this waiver on his behalf.

Dated: April 8, 2021

                    */s/ Cedric Lamor Whitaker, Jr.*
                    CEDRIC LAMOR WHITAKER, JR.

I agree and consent to my Client's appearance at his sentencing by video-teleconference.

Dated: April 8, 2021

                                                 */s/ Lexi Negin*
                                               LEXI NEGIN
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               CEDRIC LAMOR WHITAKER, JR.

      IT IS SO ORDERED.

Dated: April 8, 2021

                                               MORRISON C. ENGLAND, JR
                                               SENIOR UNITED STATES DISTRICT JUDGE